UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————————

No. 11-3257

————————

In Re:  PHILADELPHIA NEWSPAPERS, LLC, et al.

Debtors

Vahan H. Gureghian, Danielle Gureghian, and
Charter School Management, Inc.,

Appellants

————————

Appeal from the United States District Court
for the Eastern  District of Pennsylvania
(D.C. Civil Action No. 2-10-cv-07098)
District Judge: Honorable Eduardo C. Robreno

————————

Argued May 23, 2012

Before: AMBRO, FUENTES and HARDIMAN, <u>Circuit Judges</u>

(Opinion filed July 26, 2012)

**<u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>**

AMBRO, <u>Circuit Judge</u>

        IT IS NOW ORDERED that the published Opinion in the above case filed
July 26, 2012, be amended as follows:

        On page 11, footnote 10, penultimate line, delete  ”).  He stated: “, and put
in its place “. . . ”.  Insert a close-parenthesis after “ends.”.  Finally, delete “*Id.*”  The

phrase will read: "which sat as an appellate court in this case. . . . [P]lenary review would better serve these ends.")



By the Court,


<u>/s/ Thomas L. Ambro, Circuit Judge</u>

Dated:          October 25, 2012
MB/cc:          David A. Barnes, Esq.
                Edmond M. George, Esq.
                Sunish Gulati, Esq.
                Abid Qureshi, Esq.

2